IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE B. ORTIZ,

        Plaintiff,                   No. CIV S-10-1380 EFB P

    vs.

J. REYNOLDS, et al.,

        Defendants.          ORDER

                            /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On October 1, 2010, the court screened plaintiff's complaint, found that it did not state cognizable claims against Reynolds, Swingle, Kimura, and Walker and explained to plaintiff that he either could proceed with his action solely against defendant Miranda, or file an amended complaint in an attempt to state a claim also against Reynolds, Swingle, Kimura, and Walker. On October 29, 2010, plaintiff submitted the documents necessary for service on defendant Miranda along with a Notice of Submission of Documents, indicating that plaintiff elects to proceed solely against defendant Miranda and consents to dismissal of all claims against

1  Reynolds, Swingle, Kimura, and Walker.

2       Accordingly, it is hereby ORDERED that defendants Reynolds, Swingle, Kimura, and

3  Walker are dismissed from this action.

4  DATED: December 8, 2010.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE