IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE B. ORTIZ,** | Case No. 2:10-cv-01380 EFB P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. REYNOLDS, et al.,** | |
| Defendant. | |

Defendant's request to conduct Plaintiff's deposition via videoconference, good cause appearing, is granted.

IT IS ORDERED that Defendant's counsel shall be permitted to take Plaintiff's deposition via videoconference.

Dated:  December 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE