IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE B. ORTIZ,

        Plaintiff,                No. 2:10-cv-1380 MCE EFB P

    vs.

J. REYNOLDS, et al.,

        Defendants.        ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 6, 2012, plaintiff filed the following documents: (1) Opposition to Defendant's Motion to Dismiss; (2) Response to Defendant's Undisputed Statement of Facts; (3) Declaration of Inmate Raymond Houston; and (4) Declaration of Inmate Gary Lasher. Dckt. No. 54. Plaintiff's second, third, and fourth filings appear to be responsive to defendant's August 3, 2012 motion for summary judgment. Dckt. No. 51. However, plaintiff's intentions as to the first document are not as clear.

////

////

////

////

1

1 The first document, entitled "Opposition to Defendant's Motion to Dismiss,"[1] addresses some, but not all, of the arguments raised in the motion for summary judgment and was filed with documents responsive to the motion for summary judgment.  Thus, it appears that plaintiff has improperly labeled his opposition to the motion for summary judgment as an opposition to defendant's motion to dismiss, and the court will construe plaintiff's September 6, 2012 "Opposition to Defendant's Motion to Dismiss," as an opposition to the pending summary judgment motion.

Accordingly, it is hereby ORDERED that plaintiff's September 6, 2012 "Opposition to Defendant's Motion to Dismiss," is construed as an opposition to defendant's August 3, 2012 summary judgment motion and defendant's reply, if any, is due fourteen days from the date of this order.

DATED: September 12, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant previously filed a motion to dismiss in this action, but plaintiff previously opposed that motion, and on June 28, 2012, the undersigned recommended that the motion be granted.  Dckt. Nos. 33, 47.