1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOSE B. ORTIZ,

11            Plaintiff,                    No. 2:10-cv-1380 MCE EFB P

12        vs.

13  J. REYNOLDS, et al.,

14            Defendants.              <u>ORDER</u>

15  _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17  U.S.C. § 1983.  On September 6, 2012, plaintiff filed the following documents: (1) Opposition to

18  Defendant's Motion to Dismiss; (2) Response to Defendant's Undisputed Statement of Facts; (3)

19  Declaration of Inmate Raymond Houston; and (4) Declaration of Inmate Gary Lasher.  Dckt. No.

20  54.  Plaintiff's second, third, and fourth filings appear to be responsive to defendant's August 3,

21  2012 motion for summary judgment.  Dckt. No. 51.  However, plaintiff's intentions as to the first

22  document are not as clear.

23  ////

24  ////

25  ////

26  ////

1    The first document, entitled "Opposition to Defendant's Motion to Dismiss,"[1] addresses

2    some, but not all, of the arguments raised in the motion for summary judgment and was filed

3    with documents responsive to the motion for summary judgment.  Thus, it appears that plaintiff

4    has improperly labeled his opposition to the motion for summary judgment as an opposition to

5    defendant's motion to dismiss, and the court will construe plaintiff's September 6, 2012

6    "Opposition to Defendant's Motion to Dismiss," as an opposition to the pending summary

7    judgment motion.

8        Accordingly, it is hereby ORDERED that plaintiff's September 6, 2012 "Opposition to

9    Defendant's Motion to Dismiss," is construed as an opposition to defendant's August 3, 2012

10   summary judgment motion and defendant's reply, if any, is due fourteen days from the date of

11   this order.

12   DATED:  September 12, 2012.

13                                                          EDMUND F. BRENNAN
                                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25   [1] Defendant previously filed a motion to dismiss in this action, but plaintiff previously
     opposed that motion, and on June 28, 2012, the undersigned recommended that the motion be
26   granted.  Dckt. Nos. 33, 47.

2