UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE B. ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. REYNOLDS, et al.,<br><br>　　　　　Defendants. | No.  2:10-cv-01380-MCE-EFB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 24, 2013, the Magistrate Judge filed findings and recommendations herein, ECF No. 80, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Both parties have filed objections to the findings and recommendations.  ECF Nos. 81, 82.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 80) filed October 24, 2013, are ADOPTED IN FULL; and

2. Defendant's June 24, 2013, Motion for Summary Judgment (ECF No. 73) is GRANTED IN PART as to Plaintiff's claim that Defendant caused the delay of a necessary medical appointment on or around September 25, 2008, in violation of the Eighth Amendment, and otherwise DENIED.

Dated: February 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT