UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE B. ORTIZ,<br><br>     Plaintiff,<br><br>  v.<br><br>J. REYNOLDS, et al.,<br><br>     Defendants. | No. 2:10-cv-1380-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He seeks an order granting him an additional 90 days to prepare and file his pretrial statement.  ECF No. 103.  Plaintiff claims that he has been deprived of his legal materials, which he needs to prepare the pretrial statement.

It is hereby ORDERED that:

1. Within 7 days of the date of this order, defense counsel shall inquire as to the status of plaintiff's access to his legal materials; and

2. Within 14 days of the date of this order, defendant shall file a response to plaintiff's motion for extension of time informing the court of the status of plaintiff's access to his legal materials.

Dated:  October 7, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE