UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE B. ORTIZ,<br><br>            Plaintiff,<br><br>    v.<br><br>J. REYNOLDS, et al.,<br><br>            Defendants. | No. 2:10-cv-01380-MCE-EFB<br><br>**ORDER** |

The Court is in receipt of Plaintiff's Motion in Limine (ECF No. 113).  That Motion is DENIED without prejudice to re-filing once a Final Pretrial Order issues setting this case for trial.

    IT IS SO ORDERED.

Dated:  July 28, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT