UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE B. ORTIZ,<br><br>                Plaintiff,<br><br>        v.<br><br>J. REYNOLDS, et al.,<br><br>                Defendants. | No.  2:10-cv-1380-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed a motion seeking either an extension of time to file objections to the pretrial order or to continue the trial date.  ECF No. 129.  According to plaintiff, he was transferred to a new prison in mid-January and has not yet received his legal property.  Trial in this action is scheduled for August 1, 2016.  ECF No. 127.

The court hereby ORDERS defense counsel to inquire into the status of plaintiff's access to his legal property and file a declaration detailing that access within 21 days of the date of this order.  The court will defer ruling on plaintiff's request for an extension and/or continuance until receipt of counsel's declaration.

So ordered.

DATED:  May 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE