UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE B. ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. REYNOLDS, et al.,<br><br>    Defendants. | No. 2:10-cv-1380-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Trial is scheduled for November 14, 2016. Plaintiff has informed the court that he does not have access to his legal property and alleges that authorities are repeatedly transferring him in the run-up to trial to hinder his ability to prepare his case. ECF No. 140.

The court hereby ORDERS defense counsel to inquire into the status of plaintiff's access to his legal property and any institutional plans to transfer plaintiff between now and the trial date, and file a declaration detailing that access within 7 days of the date of this order.

So ordered.

DATED: August 11, 2016.

    /s/ Edmund F. Brennan
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE