# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

JOSE B. ORTIZ

Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

J. REYNOLDS, et al.

Defendant (s),

**CASE NUMBER:** 10-CV-01380-MCE-EFB

Notice is hereby given that, subject to approval by the court, __R. MIRANDA__ substitutes
(Party (s) Name)

__Gabrielle De Santis Nield__, State Bar No. __110930__ as counsel of record in place
(Name of New Attorney)

place of __Elliott Thomas Seals__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: NIELD LAW GROUP, APC

Address: 679 Encinitas Boulevard, Suite 201 Encinitas, CA 92024

Telephone: (760) 942-9880     Facsimile (760) 942-9882

E-Mail (Optional): gnield@nieldlaw.com

I consent to the above substitution.
Date: 9/28/16
(Signature of Party (s))

I consent to being substituted.
Date: 9/26/16
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/29/16
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 3, 2016

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**