1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE B. ORTIZ,                                No.  2:10-cv-1380-MCE-EFB P

12                  Plaintiff,

13          v.                                     ORDER

14   J. REYNOLDS, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  Newly-retained defense counsel requests a continuance of the trial date and other

19   deadlines set in the scheduling order (ECF No. 134).  *See* ECF No. 145.  Good cause appearing,

20   the request is granted.  Former defense counsel Heewon Heidi Seo's motion to withdraw as

21   counsel for defendant (ECF No. 148) is also granted.

22          Accordingly, it is hereby ORDERED that:

23      1.  The motion to continue the trial date (ECF No. 145) is granted.  The jury trial set for

24          November 14, 2016 is hereby VACATED.

25      2.  The parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days from

26          the date of this order.  The parties shall set forth in their Notice of Trial Readiness, the

27          appropriateness of special procedures, whether this case is related to any other case(s) on

28          file in the Eastern District of California, the prospect for settlement, their estimated trial

1

length, any request for a jury, and their availability for trial.  After review of the parties'

Joint Notice of Trial Readiness, the Court will issue an order that sets forth dates for a

final pretrial conference and trial.

3.  Attorney Heewon Heidi Seo's motion to withdraw as counsel for defendant Miranda (ECF

No. 148) is GRANTED.

DATED:  October 20, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE