1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE B. ORTIZ,** | ) Case No. 10-CV-01380-MCE (EFB) |
| Plaintiff, | ) ORDER |
| v. | ) |
| **J. REYNOLDS, et al.,** | ) District Judge: Hon. Morrison C. England, Jr.<br>) Magistrate Judge: Hon. Edmund F. Brennan |
| Defendants. | ) Action filed: 06/04/2010 |

The Court is in receipt of the Parties' Stipulation for Voluntary Dismissal with Prejudice. Good cause appearing, it is hereby ordered that this case is DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:  March 14, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE